# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLIED WORLD ASSURANCE COMPANY,** : | **CIVIL ACTION** |
| Plaintiff, : | |
| : | No. 14-2511 |
| v. : | |
| : | |
| **STEADFAST INSURANCE COMPANY,** : | |
| Defendant. : | |

## ORDER

This 24th day of August, 2015, upon consideration of cross-Motions for Summary Judgment from Plaintiff Allied World Assurance Company and Steadfast Insurance Company and their responses, it is **ORDERED** that Defendant Steadfast Insurance Company's Motion for Summary Judgment is **GRANTED**, Plaintiff Allied World Assurance Company's Motion for Summary Judgment is **DENIED**, and judgment is entered in favor of Defendant.

        /s/ Gerald Austin McHugh
        Gerald Austin McHugh, J.
        United States District Judge